| | |
|---|---|
| CHARLIMAINE WALKER )<br>        Plaintiff, )<br>     )<br>v. )<br>     )<br>     )<br>LELAND DUDEK, )<br>Acting Commissioner of Social Security )<br>        Defendant. ) | **JUDGMENT**<br><br>No. 5:24-CV-561-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on April 17, 2025, that Defendant's Motion for Remand to the Commissioner is granted, and the Court reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on April 17, 2025, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty / Wanda Mason (via CM/ECF Notice of Electronic Filing)

April 17, 2025                       PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk