UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHARLIMAINE WALKER )
        Plaintiff, )
   )
v. ) **JUDGMENT**
   )
   ) No. 5:24-CV-561-FL
FRANK BISIGNANO, )
Acting Commissioner the Social Security )
        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 29, 2025, that defendant pay to plaintiff $5,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on July 29, 2025, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Cathleen McNulty / Wanda Mason (via CM/ECF Notice of Electronic Filing)

July 29, 2025                    PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk